DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## STATE v. FOSTER

No. 491P91

Case below: 104 N.C.App. 309

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 January 1992.

## STATE v. GLENN

No. 454P91

Case below: 104 N.C.App. 140

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 January 1992.

## STATE v. GOODMAN

No. 477P91

Case below: 104 N.C.App. 309

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 January 1992.

## STATE v. HEMBY

No. 482PA91

Case below: 104 N.C.App. 140

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals allowed 9 January 1992.

## STATE v. HUDSON

No. 413P91

Case below: 103 N.C.App. 708

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 January 1992.